IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. BENYAMINI, | 1:07-cv-01596-OWW-GSA PC |
| Plaintiff, | ORDER GRANTING THIRD MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| PAM ANDERSON, et al., | (DOCUMENT #16) |
| Defendants. | NINETY-DAY DEADLINE |
| _____ / | |

On December 16, 2008, plaintiff filed a motion seeking a ninety-day extension of time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted ninety (90) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   **December 19, 2008**          **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE