# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>        Plaintiff,<br><br>    v.<br><br>PAM ANDERSON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-01596-OWW-GSA PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED<br><br>(Docs. 1, 8, and 23) |

Plaintiff Robert Benyamini is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 2, 2007. On July 1, 2008, the Magistrate Judge dismissed Plaintiff's complaint for failure to state any claims upon which relief may be granted, and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). On March 26, 2009, after obtaining multiple extensions of time, Plaintiff was granted one final thirty-day extension, and ordered to file his amended complaint or this action would be dismissed, with prejudice. More than thirty days have passed and Plaintiff has not complied with the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///
///
///
///
///

1

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983.

IT IS SO ORDERED.

**Dated:** **May 12, 2009**        /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE